KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WELLPATH, LLC

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA,,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC, WELLPATH LLC, and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-03614-KK-DTB<br><br>**DEFENDANT WELLPATH, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**(JURY TRIAL DEMANDED)**<br><br>Judge: Kenly Kiya Kato<br><br>Complaint filed: Dec. 31, 2025 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.1-1, the undersigned counsel of record for Defendant Wellpath, LLC ("Wellpath") certifies that the following listed party may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

NONE.

Dated: May 28, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Kendra N. Stark*
Kendra N. Stark
Attorneys for Defendant
Wellpath, LLC

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

*Gabriel Alejandro Garcia, et al. v. The Geo Group, Inc., et al.*
*USDC Central District of California Case No.: 5:25-cv-03614-KK-DTB*

I am a resident of the State of North Carolina over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 315 Pacific Avenue, San Francisco, CA 94111. On the date below, I served the within documents:

**DEFENDANT WELLPATH, LLC'S CORPORATE DISCLOSURE STATEMENT**

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below pursuant to Federal Rules of Civil Procedure 5(b)(C).

☐ **BY PERSONAL SERVICE BY CAUSE**. I caused to be personally delivered the document(s) listed above to the person(s) set forth below pursuant to Federal Rules of Civil Procedure 5(b)(2)(B).

☐ **BY ELECTRONIC MAIL** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date before 5:00 pm pursuant to FRCP 5(b)(2)(E).

☐ **BY OVERNIGHT DELIVERY**: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Federal Express as part of the ordinary business practices of Gordon & Rees LLP, addressed as set forth below.

☒ **BY ELECTRONIC SERVICE** through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

***Attorneys for Plaintiffs***

Jesus Eduardo Arias, Esq., LL.M.
1150 S. Olive St. Sixth Floor
Los Angeles, CA 90015
jearias@jesuseduardoarias.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 28, 2026** at Raleigh, North Carolina.

*/s/ Todd S. Yoho*
Todd S. Yoho