UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-03614-KK-DTBx** | Date: | June 30, 2026 |
|---|---|---|---|
| Title: | ***Gabriel Alejandro Garcia et al. v. The GEO Group Inc. et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order to Show Cause Why Sanctions Should Not Be
Imposed for Failure to Comply with Court Order**

On June 4, 2026, the Court set a Scheduling Conference for July 9, 2026.  ECF Docket No. ("Dkt.") 26.  The Court further ordered the parties to file a Joint Rule 26(f) Report "not later than fourteen (14) days before the conference." Id. at 2.  The Court expressly warned the parties that "[f]ailure to comply with the following requirements or to cooperate in the preparation of the Joint Rule 26(f) Report may lead to the imposition of sanctions." Id.

Thus, pursuant to the Court's June 4, 2026 Order, the parties were required to file a Joint Rule 26(f) Report by June 25, 2026.  However, to date, a Joint Rule 26(f) Report has not been filed. The parties are, therefore, in violation of the Court's June 4, 2026 Order.

The Court has inherent power to impose sanctions for willful disobedience of a court order. See Evon v. Law Offs. of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012).  Additionally, pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action for failure to prosecute or failure to comply with a court order.  See Fed. R. Civ. P. 41(b).  Before imposing sanctions or dismissing this action, the Court will afford the parties an opportunity to explain their failure to file the Joint Rule 26(f) Report as directed by the Court's June 4, 2026 Order.

Accordingly, the Court, on its own motion, orders the parties to show cause in writing **no later than seven (7) days from the date of this Order** why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.  Additionally, the Court shall file a Joint Rule 26(f) Report **no later than seven (7) days from the date of this Order**.

| Page **1** of **2** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DC |
|---|---|---|

The parties are expressly warned that failure to timely file a response to this Order and/or a Joint Rule 26(f) Report will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**