KENDRA N. STARK (SBN: 363663)
kstark@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
WELLPATH, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC, WELLPATH LLC, and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-03614-KK-DTB<br><br>**DECLARATION OF KENDRA N. STARK, ESQ. IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>Judge: Kenly Kiya Kato<br><br>Complaint filed: Dec. 31, 2025 |

I, Kendra N. Stark, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California, and a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys for Defendant Wellpath, LLC in the above-captioned action. I have personal knowledge of the following facts and, if called upon to testify, could and would competently testify to their truth and accuracy.

2. This declaration is made in response to this Court's Order to Show Cause as to why sanctions should not be imposed.

3. First, I sincerely apologize to the Court for my part in the parties' failure to timely file a Joint Rule 26(f) Report as ordered by this Court.

4. Beginning in March 2026, I have been in communication with counsel for Plaintiffs and Defendant The GEO Group regarding a dismissal of my client Wellpath, based on



Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

its lack of involvement with the provision of medical services to the Decedent in this matter. As noted in the parties' Stipulation filed on April 27, 2206 [Doc. 19], the parties agreed that upon the exchange of Initial Disclosures, once Wellpath's non-involvement was confirmed, Plaintiffs intended to dismiss Wellpath from this action.

5. Pursuant to that agreement, I anticipated that my client would be dismissed before the deadline to submit the Joint 26(f) Report and scheduling conference. Unfortunately, Initial Disclosures have yet to be exchanged, and that dismissal is still pending. However, based on this anticipation, I neglected to monitor the ongoing deadlines in this matter as closely as I should have while waiting for the dismissal to be filed.

6. The parties have since conferred and prepared a Joint Rule 26(f) Report and filed that report today, July 7, 2026.

7. Again, I sincerely apologize to the Court for this confusion and oversight on my part and will ensure that my office complies with all future deadlines in this matter.

8. I respectfully request that the Court take into account the above and refrain from imposing sanctions in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2026 in San Jose, California.

By: *s/ Kendra N. Stark*
Kendra N. Stark

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

*Gabriel Alejandro Garcia, et al. v. The Geo Group, Inc., et al.*
USDC Central District of California Case No.: 5:25-cv-03614-KK-DTB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 315 Pacific Avenue, San Francisco, CA 94111. On the date below, I served the within documents:

**DECLARATION OF KENDRA N. STARK IN RESPONSE TO ORDER TO SHOW CAUSE**

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below pursuant to Federal Rules of Civil Procedure 5(b)(C).

☐ **BY PERSONAL SERVICE BY CAUSE**. I caused to be personally delivered the document(s) listed above to the person(s) set forth below pursuant to Federal Rules of Civil Procedure 5(b)(2)(B).

☐ **BY ELECTRONIC MAIL** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date before 5:00 pm pursuant to FRCP 5(b)(2)(E).

☐ **BY OVERNIGHT DELIVERY**: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Federal Express as part of the ordinary business practices of Gordon & Rees LLP, addressed as set forth below.

☒ **BY ELECTRONIC SERVICE** through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

***Attorneys for Plaintiffs***

Jesus Eduardo Arias, Esq., LL.M.
1150 S. Olive St. Sixth Floor
Los Angeles, CA 90015
jearias@jesuseduardoarias.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 7, 2026** at San Jose, California.

*/s/ Kendra N. Stark*
Kendra N. Stark