FRED BLUM, ESQ. (SBN 101586)
fblum@teamghb.com
DANIEL TROWBRIDGE ESQ. (SBN 301301)
dtrowbridge@teamghb.com
YUBEIXI BESSY SHI, ESQ. (SBN 332755)
bshi@teamghb.com
GALLAGHER HUIE + BLUM
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
THE GEO GROUP INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC, WELLPATH, LLC and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 5:25-cv-03614-KK-DTB<br><br>**DECLARATION OF FRED BLUM IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>Action Filed: December 31, 2025 |

I, Fred Blum, declare as follows:

I am an attorney duly admitted to practice before this Court. I am a partner with Gallagher Huie + Blum, attorneys of record for Defendant THE GEO GROUP INC ("Defendant" or "GEO"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify to the matters stated herein. I make this declaration in response to the Court's Order to Show Cause as to why sanctions should not be imposed.

1. Counsel apologizes to the Court for any inconvenience caused by the parties' failure to file a Joint Rule 26(f) Report.

2. Counsel have been working cooperatively in two separate matters involving separate Plaintiffs, with similar facts, filed on the same date, both in the Central District of California.

3. As a result of confusion between the two cases, which are on a similar timeline, the deadline to submit the Joint Rule 26 Report in this case was inadvertently omitted.

4. Additionally, I am undergoing surgery on July 13, 2026, and the pre-surgery appointments and preparations for time out of the office contributed to overlooking the deadline.

5. Upon receipt of the Court's order, the Parties worked together to finalize the Joint Rule 26(f) Report and will continue working together diligently to ensure the case remains on track.

6. I respectfully apologize to the Court, and request that the Court refrain from issuing sanctions in this instance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct Executed this 7th day of July, 2026 in Corte Madera, California.

*/s/Fred Blum*
FRED BLUM