Jesus Eduardo Arias, Esq. LL.M. [SBN 293983]
1150 S. Olive St. Sixth Floor
Los Angeles CA 90015
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., WELLPATH LLC, and DOES 1-100, Inclusive,<br><br>Defendants, | **Case No.** 5:25-cv-03614-KK-DTB<br><br>**DECLARATION UNDER OATH BY GABRIEL ALEJANDRO GARCIA (PLAINTIFF) PURSUANT § 377.32 & 377.60 (a) OF CALIFORNIA CODE OF CIVIL PROCEDURE** |

I, GABRIEL ALEJANDRO GARCIA, declare as follows:

1. I am over 18 years of age. I am competent to testify in Open Court under oath to the truth of each of the matters asserted in this declaration.
2. I am the son of Decedent - Mr. GABRIEL GARCIA AVILES.
3. His date of birth was February 27, 1971.
4. My father passed away on October 23, 2025 in Victorville, California.

5. As a son of the Decedent, I here exercise my right to commence this action and proceedings individually, and also as a successor in interest Pursuant § 377.60 (a) & 377.34 (b) of the California Code of Civil Procedure.
6. No proceeding is now pending in California for the administration of the decedent's state. My father left no assets which may be subject to any Probate Proceedings. Thus, no Probate proceedings will be initiated upon his Death.
7. I am a decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure, and as defined by Sections 377.60 (a) & 377.34 (b) of the California Code of Civil Procedure.
8. No other persons other than my sister MARIEL GARCIA MORA and myself have any superior right to commence this action or proceedings. Or to be substituted for the Decedent in this Action or proceeding.
9. Pursuant to CCP 377.32 (a)(7), a certified copy of my father's death certificate is attached as Exhibit A.
10. I declare under penalty of perjury and under the laws of the State of California, and under the Laws of the United States that the foregoing is true and correct.

Executed on July 17, 2026.

GABRIEL ALEJANDRO GARCIA

# EXHIBIT A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# SAN BERNARDINO COUNTY
SAN BERNARDINO, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER: 3052025236233
LOCAL REGISTRATION NUMBER: 3202536012823

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT– FIRST (Given): GABRIEL
2. MIDDLE: -
3. LAST (Family): GARCIA AVILES
AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
4. DATE OF BIRTH mm/dd/ccyy: 02/27/1971
5. AGE Yrs.: 54
IF UNDER ONE YEAR: Months / Days
IF UNDER 24 HOURS: Hours / Minutes
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: MEXICO
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK
12. MARITAL STATUS/SRDP* (at Time of Death): DIVORCED
7. DATE OF DEATH mm/dd/ccyy: 10/23/2025
8. HOUR (24 Hours): 1945
13. EDUCATION – Highest Level/Degree (see worksheet on back): 06
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back): ☒ YES MEXICAN ☐ NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): MEXICAN, CAUCASIAN
17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: ASSEMBLER
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): BOATS
19. YEARS IN OCCUPATION: 15

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 19030 BRYANT STREET APT #1
21. CITY: NORTHRIDGE
22. COUNTY/PROVINCE: SAN BERNARDINO
23. ZIP CODE: 91324
24. YEARS IN COUNTY: 36
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: MARIEL GARCIA MORA, DAUGHTER
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 19030 BRYANT STREET APT #1, NORTHRIDGE, CA 91324

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF PARENT–FIRST: FACUNDO
32. MIDDLE: -
33. LAST (BIRTH NAME): GARCIA
34. BIRTH STATE: MEXICO
35. NAME OF PARENT–FIRST: MARIA
36. MIDDLE: -
37. LAST (BIRTH NAME): AVILES
38. BIRTH STATE: MEXICO

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 11/07/2025
40. PLACE OF FINAL DISPOSITION: ETERNAL VALLEY MEMORIAL PARK, 23287 NORTH SIERRA HIGHWAY, NEWHALL, CA 91321
41. TYPE OF DISPOSITION(S): BURIAL
42. SIGNATURE OF EMBALMER: LUIS ALFREDO SANCHEZ
43. LICENSE NUMBER: EMB8311
44. NAME OF FUNERAL ESTABLISHMENT: TORRES MORTUARY
45. LICENSE NUMBER: FD2234
46. SIGNATURE OF LOCAL REGISTRAR: SHARON WANG, DO
47. DATE mm/dd/ccyy: 11/06/2025

**PLACE OF DEATH**

101. PLACE OF DEATH: VICTOR VALLEY GLOBAL MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: ☒ IP ☐ ER/OP ☐ DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other
104. COUNTY: SAN BERNARDINO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 15248 ELEVENTH ST
106. CITY: VICTORVILLE

**CAUSE OF DEATH**

107. CAUSE OF DEATH: Enter the chain of events --- diseases, injuries, or complications --- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) (A): PENDING — Time Interval Between Onset and Death (AT): --
Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
(B) — (BT)
(C) — (CT)
(D) — (DT)

108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO — REFERRAL NUMBER: 702506922
109. BIOPSY PERFORMED? ☐ YES ☒ NO
110. AUTOPSY PERFORMED? ☒ YES ☐ NO
111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: --
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
113A. DECEDENT PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy — Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined
120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK
121. INJURY DATE mm/dd/ccyy:
122. HOUR (24 Hours):
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.):
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury):
125. LOCATION OF INJURY (Street and number, or location, and city, and zip):
126. SIGNATURE OF CORONER / DEPUTY CORONER: TAYLOR FOSTER
127. DATE mm/dd/ccyy: 11/05/2025
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: TAYLOR FOSTER, DEP CORONER

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

1 of 2

003196953

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK.

DATE ISSUED JUN 08 2026

JOSIE GONZALES
ASSESSOR-RECORDER-CLERK

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

ASSESSOR-RECORDER-CLERK — SAN BERNARDINO COUNTY, CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# SAN BERNARDINO COUNTY

SAN BERNARDINO, CALIFORNIA

## PHYSICIAN/CORONER'S AMENDMENT

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

3052025236233
STATE FILE NUMBER

3202536012823
LOCAL REGISTRATION NUMBER

1.1

☐ BIRTH ☒ DEATH ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

**PART I INFORMATION TO LOCATE RECORD**

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| GABRIEL | - | GARCIA AVILES | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 10/23/2025 | VICTORVILLE | SAN BERNARDINO |

**PART II STATEMENT OF CORRECTIONS**

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING | SEQUELAE OF CHRONIC ETHANOL USE |
| 107AT | -- | YRS |
| 112 | -- | NONE |
| 119 | PENDING INVESTIGATION | NATURAL |

COUNTY OF SAN BERNARDINO 1853

DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| D HOWARD | 03/27/2026 | D HOWARD, DEPUTY CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 175 SOUTH LENA ROAD | SAN BERNARDINO | CA | 92415-0037 |

STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| CDPH-VR | 03/27/2026 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS — FORM VS 24Ae (REV. 1/08)

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

2 of 2

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SAN BERNARDINO ASSESSOR-RECORDER-CLERK.

003196954

DATE ISSUED JUN 08 2026

JOSIE GONZALES
ASSESSOR-RECORDER-CLERK

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

ASSESSOR-RECORDER-CLERK — SAN BERNARDINO COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder-Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE