FRED BLUM, ESQ. (SBN 101586)
fblum@teamghb.com
DANIEL TROWBRIDGE ESQ. (SBN 301301)
dtrowbridge@teamghb.com
YUBEIXI BESSY SHI, ESQ. (SBN 332755)
bshi@teamghb.com
GALLAGHER HUIE + BLUM
601 Montgomery Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
THE GEO GROUP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC, WELLPATH, LLC and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 5:25-cv-03614-KK-DTB<br><br>**DEFENDANT THE GEO GROUP INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Kenly Kiya Kato<br><br>Action Filed: December 31, 2025<br>Trial Date: May 31, 2027 |

Defendant The GEO Group, Inc. ("GEO") answers Plaintiffs' First Amended Complaint ("FAC") as follows. To the extent any paragraph of the FAC contains allegations directed at other defendants, entities, or persons, no response is made on their behalf. GEO denies all allegations not expressly admitted herein.

**INTRODUCTION**

GEO denies the allegations contained in the Introduction, denies that Plaintiffs are entitled to any relief, and denies that any act or omission by GEO caused any injury or damage in any amount or manner. The Introduction is argumentative and contains legal conclusions to which no response is required. To the extent a response is required, GEO denies the allegations.

**I. JURISDICTION AND VENUE**

1. GEO lacks sufficient information to admit or deny the allegations of Paragraph 1 regarding jurisdiction and amount in controversy and therefore denies them; GEO admits only that it is a Florida corporation with its principal headquarters in Boca Raton, Florida.

2. GEO lacks sufficient information to admit or deny the allegations of Paragraph 2 and therefore denies them.

3. Paragraph 3 consists of legal conclusions regarding venue to which no response is required; to the extent a response is required, GEO denies the factual allegations and lacks sufficient information regarding the asserted factual bases and therefore denies them.

**II. THE PARTIES**

4. GEO lacks sufficient information to admit or deny the allegations of Paragraph 4 and therefore denies them. GEO denies that Decedent died as the result of Defendant's negligence and denies that it acted with deliberate indifference towards Decedent or Plaintiffs.

5. GEO lacks sufficient information to admit or deny the allegations of Paragraph 5 and therefore denies them, except that GEO admits only that Plaintiffs attached a declaration labeled Exhibit 1.

6. GEO lacks sufficient information to admit or deny the allegations of Paragraph 6 and therefore denies them, except that GEO admits only that Plaintiffs attached a declaration labeled Exhibit 2.

7. Paragraph 7 defines "THE PLAINTIFFS" and does not require a response; to the extent a response is required, GEO denies any factual allegations.

8. GEO lacks sufficient information to admit or deny the allegations of Paragraph 8 and therefore denies them, and further denies that Plaintiffs are entitled to survival damages or any damages from GEO. GEO denies that it caused Decedent to suffer any pain, or to develop any infection.

9. GEO admits that it is a corporation with headquarters located at 4955 Technology Way, Boca Raton, FL 33431.

10. GEO admits only that, at times relevant to the FAC, it operated the Adelanto ICE Processing Center pursuant to contract with U.S. Immigration and Customs Enforcement (ICE) and the Department of Homeland Security; GEO otherwise lacks sufficient information to admit or deny the remaining allegations of Paragraph 10 and therefore denies them.

11. GEO lacks sufficient information to admit or deny the allegations of Paragraph 11 and therefore denies them. GEO denies that Wellpath LLC provided healthcare services to any individual at the Adelanto ICE Processing Center at any time relevant to the FAC.

12. GEO denies that Wellpath LLC provided healthcare services to any individual at the Adelanto ICE Processing Center at any time relevant to the FAC.

13. GEO lacks sufficient information to admit or deny the allegations of Paragraph 13 and therefore denies them.

14. Paragraph 14 contains legal conclusions and argumentative assertions to which no response is required; to the extent a response is required, GEO denies the allegations.

15. GEO lacks sufficient information to admit or deny the allegations of Paragraph 15 regarding Doe defendants and therefore denies them.

## III. <u>FACTS COMMON TO ALL CLAIMS FOR RELIEF</u>

16. As to Paragraph 16, GEO repeats and reasserts its responses to the previous paragraphs of this Answer.

17. GEO denies the allegations made in Paragraph 17.

18. GEO lacks sufficient information to admit or deny the allegations of Paragraph 18 and therefore denies them. GEO denies that Plaintiff was taken directly to the Adelanto ICE Processing Center directly after he was arrested.

19. Paragraph 19 contains legal conclusions and argumentative assertions to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 19 and therefore denies them.

20. Paragraph 20 contains legal conclusions and argumentative assertions to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 20 and therefore denies them.

21. GEO lacks sufficient information to admit or deny the allegations of Paragraph 21 and therefore denies them.

22. GEO denies the allegations made in Paragraph 22.

23. GEO denies the allegations made in Paragraph 23.

24. GEO denies the allegations made in Paragraph 24, except admits only that GEO had a duty to act reasonably under applicable law. GEO denies each and every remaining allegation.

25. GEO denies the allegations made in Paragraph 25.

26. GEO admit that the Autopsy report identifies Decedent's cause of death as "Sequelae of chronic ethanol use, years." GEO is informed and believes that the allegations of signs of injuries, hematomas and/or trauma are not contained in the Autopsy Report. GEO lacks sufficient information to admit or deny the remaining allegations of Paragraph 26 and therefore denies them.

27. GEO denies the allegations made in Paragraph 27.

28. GEO denies the allegations made in Paragraph 28.

29. GEO denies the allegations made in Paragraph 29.

30. GEO denies the allegations made in Paragraph 30.

31. GEO lacks sufficient information to admit or deny the allegations of Paragraph 31 and therefore denies them.

**FIRST CLAIM FOR RELIEF: NEGLIGENCE – WRONGFUL DEATH**

32. As to Paragraph 32, GEO repeats and reasserts its responses to the previous paragraphs of this Answer. Paragraph 32 incorporates preceding paragraphs by reference

33. Paragraph 33 contains legal conclusions regarding duties to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 32 and therefore denies them. GEO further states that any duties owed are governed by applicable law and any contracts, which speak for themselves.

34. GEO denies the allegations made in Paragraph 34.

35. GEO denies the allegations made in Paragraph 35.

36. GEO denies the allegations made in Paragraph 36, including each subpart.

37. GEO denies the allegations made in Paragraph 37.

38. GEO denies the allegations made in Paragraph 38.

39. GEO denies the allegations made in Paragraph 39.

40. GEO denies the allegations made in Paragraph 40.

41. GEO denies the allegations made in Paragraph 41.

42. GEO denies the allegations made in Paragraph 42.

**SECOND CLAIM FOR RELIEF: NEGLIGENT HIRING, TRAINING, AND SUPERVISION**

43. As to Paragraph 43, GEO repeats and reasserts its responses to the previous paragraphs of this Answer.

44. Paragraph 44 contains legal conclusions regarding duties to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 44 and therefore denies them.

45. GEO denies the allegations made in Paragraph 45, including each subpart.

46. GEO denies the allegations made in Paragraph 46.

47. GEO denies the allegations made in Paragraph 47.

48. GEO denies the allegations made in Paragraph 48.

**THIRD CLAIM FOR RELIEF: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

49. As to Paragraph 49, GEO repeats and reasserts its responses to the previous paragraphs of this Answer.

50. Paragraph 50 contains legal conclusions regarding duties to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 50 and therefore denies them.

51. GEO denies the allegations made in Paragraph 51, including each subpart.

52. GEO denies the allegations made in Paragraph 52.

53. GEO denies the allegations of Paragraph 53 to the extent any are asserted; Paragraph 53 in the FAC is blank or incomplete.

54. GEO denies the allegations of Paragraph 54.

**FOURTH CLAIM FOR RELIEF: VIOLATION OF CALIFORNIA GOVERNMENT CODE § 7320**

55. As to Paragraph 55, GEO repeats and reasserts its responses to the previous paragraphs of this Answer.

56. GEO denies the allegations made in Paragraph 56 except admits only that GEO is a private operator of the Adelanto facility pursuant to federal contract. GEO denies that Wellpath was an agent or independent contractor of GEO at the Adelanto ICE Processing Center at any time relevant to the FAC.

57. GEO admits that it operates subject to the PBNDS. Paragraph 57 contains legal conclusions regarding duties to which no response is required; to the extent a response is required as to any other allegation in Paragraph 57. GEO lacks sufficient information to admit or deny the allegations of Paragraph 57 and therefore denies them.

58. GEO denies the allegations made in Paragraph 58.

59. GEO denies the allegations made in Paragraph 59.

60. GEO denies the allegations made in Paragraph 60.

**FIFTH CLAIM FOR RELIEF: VIOLATION OF THE TOM BANE CIVIL RIGHTS ACT (CAL. CIV. CODE § 52.1)**

61. As to Paragraph 61, GEO repeats and reasserts its responses to the previous paragraphs of this Answer.

62. Paragraph 62 contains legal conclusions regarding duties to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 62 and therefore denies them.

63. Paragraph 63 contains legal conclusions regarding duties to which no response is required; to the extent a response is required GEO lacks sufficient information to admit or deny the allegations of Paragraph 63 and therefore denies them.

64. GEO denies the allegations made in Paragraph 64.

65. GEO denies the allegations made in Paragraph 65, including each of its subparts.

66. GEO denies the allegations made in Paragraph 66.

67. GEO admits that Plaintiffs make the allegations alleged in Paragraph 67, but deny the substantive allegations made in Paragraph 67.

68. GEO denies the allegations made in Paragraph 68

69. GEO admits that Plaintiffs seek survival damages under this claim as successors-in-interest to Decedent, but deny that GEO bears any liability to Decedent or Plaintiffs.

70. GEO admits that Plaintiffs seek costs and attorneys fees pursuant to Civ. Code section 52.1(h), but deny that GEO bears any liability for costs or attorneys' fees to Decedent or Plaintiffs.

All allegations not expressly admitted herein are denied.

## PRAYER FOR RELIEF

GEO denies that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief or to any relief whatsoever.

## DEMAND FOR JURY TRIAL

GEO acknowledges Plaintiffs' jury demand and, to the extent applicable, demands a trial by jury on all issues so triable.

///

///

## AFFIRMATIVE DEFENSES

Without admitting any allegation and without assuming any burden of proof not imposed by law, GEO asserts the following separate and independent affirmative defenses. GEO reserves the right to amend these defenses as discovery proceeds.

### FIRST AFFIRMATIVE DEFENSE
### Estoppel

Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

### SECOND AFFIRMATIVE DEFENSE
### Laches, Estoppel, and Unclean Hands

Plaintiffs' claims are barred in whole or in part by laches, estoppel, and the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE
### Not Caused by Any Act or Omission of GEO

Any injury, damage, or loss complained of was not caused by any act or omission of GEO, but by other persons or entities, by decedent's own medical condition, or by causes independent of GEO.

### FOURTH AFFIRMATIVE DEFENSE
### Plaintiff's Lack of Standing

One or more Plaintiffs lack standing or capacity to assert some or all claims or requested relief.

### FIFTH AFFIRMATIVE DEFENSE
### Barred by California Government Code

Plaintiffs' claims are barred in whole or in part by the California Government Claims Act, including but not limited to Government Code sections 815, 815.2, 818.2, 820.2, 820.4, 820.6, 820.8, 821, 844.6(a)(2)0 [sic], 845.6, 855.6, 855.8, 856, and 856.4, to the extent applicable.

///

///

**SIXTH AFFIRMATIVE DEFENSE**

**Immunity under California Business & Professions Code**

To the extent any defendant is deemed a "medical care provider" or similar covered professional under California Business and Professions Code, immunity or protections under sections 2395, 2396, and 2397 apply to bar or limit Plaintiffs' claims.

**SEVENTH AFFIRMATIVE DEFENSE**

**No Deprivation of Rights**

GEO did not deprive Plaintiffs or decedent of any rights, privileges, or immunities guaranteed by the Constitution or laws of the United States or California.

**EIGHTH AFFIRMATIVE DEFENSE**

**Code of Civil Procedure § 425.13(a)**

To the extent Plaintiffs seek punitive damages based on the professional negligence of a health care provider, Plaintiffs failed to comply with California Code of Civil Procedure § 425.13(a).

**NINTH AFFIRMATIVE DEFENSE**

**Comparative Fault / Decedent's Failure to Exercise Ordinary Care**

Recovery is barred or reduced by comparative fault, including decedent's failure to exercise ordinary care for his own health and safety.

**TENTH AFFIRMATIVE DEFENSE**

**Failure to State Facts Sufficient to Constitute a Cause of Action**

Each purported cause of action fails to state facts sufficient to constitute a cause of action against GEO.

**ELEVENTH AFFIRMATIVE DEFENSE – Damages Proximately Caused by Others**

Any damages complained of were proximately caused by the acts or omissions of persons or entities other than GEO, including independent contractors and medical providers.

**TWELFTH AFFIRMATIVE DEFENSE**

**Intervening/Superseding Cause**

Any alleged injury or damages were the result of intervening and/or superseding causes that break any chain of causation attributable to GEO.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**Comparative Fault of Others**

Any recovery must be reduced by the comparative fault of others, including co-defendants, non-parties, and Does.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**Punitive Damages Barred by Government Code § 818**

To the extent Government Code § 818 applies, punitive or exemplary damages are barred.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**Contractual Framework and Federal Standards**

To the extent Plaintiffs' claims rely on alleged contractual obligations or detention standards, GEO's duties, if any, are governed by the express terms of the ICE contract and incorporated federal standards, which speak for themselves and do not create a private right of action or expanded tort duties beyond applicable law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**Compliance/Good Faith Substantial Compliance**

GEO acted in good faith and in substantial compliance with applicable statutes, regulations, contractual requirements, and detention standards, precluding or mitigating liability.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**Offset and Setoff**

Any recovery must be reduced or offset by amounts paid or payable from collateral sources or by other parties.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**Apportionment**

Liability, if any, must be apportioned among all responsible persons or entities, including non-parties, under applicable comparative fault and allocation principles.

**NINETEENTH AFFIRMATIVE DEFENSE**

**Failure to Mitigate**

Plaintiffs and/or Decedent failed to mitigate damages, and any recovery must be reduced accordingly.

**TWENTIETH AFFIRMATIVE DEFENSE**

**Reservation**

GEO presently lacks knowledge of all facts and reserves the right to assert additional defenses as they become known.

**PRAYER**

WHEREFORE, GEO requests that judgment be entered in its favor and against Plaintiffs, that Plaintiffs take nothing, that the FAC be dismissed with prejudice, that GEO be awarded its costs of suit and attorneys' fees incurred herein, and that the Court grant such other and further relief as is just and proper.

**DEMAND FOR JURY TRIAL**

GEO demands a trial by jury on all issues so triable.

Date: August 3, 2026 GALLAGHER HUIE + BLUM

By: ______________________________

FRED BLUM
DANIEL TROWBRIDGE
BESSY SHI
Attorneys for Defendant
THE GEO GROUP INC