Jesus Eduardo Arias, Esq. LL.M. [SBN 293983]
Law Office of Jesus Eduardo Arias APC
1150 S. Olive St. Sixth Floor
Los Angeles CA 90015
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
Attorney for the Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA<br><br>Plaintiffs,<br><br>vs.<br><br>THE GEO GROUP, INC., WELLPATH LLC, and DOES 1-100, Inclusive,<br><br>Defendants | **Case No.** 5:25-cv-03614-KK-DTB<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT WELLPATH, LLC. FRCP 41(a)(1)(A)(ii)**<br><br>The Honorable Kenly Kiya Kato<br>United States District Judge |

Plaintiffs GABRIEL ALEJANDRO GARCIA and MARIEL GARCIA MORA, Defendants THE GEO GROUP, INC and Defendants WELLPATH LLC, hereinafter, “THE PARTIES”, by and through their respective counsel of record, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that Defendant WELLPATH, LLC shall be considered dismissed of this action immediately upon the filing of the signed stipulation with the clerk of Court.

WHEREAS the Plaintiffs filed their Complaint in this action on December 31, 2025.

WHEREAS the Plaintiffs filed a First Amended Complaint in this action on July 18, 2026.

WHEREAS Defendant Wellpath LLC filed its answer to Plaintiffs' First Amended Complaint on August 03, 2026.

WHEREAS, the parties have exchanged documentation in order to evaluate whether Wellpath was a proper party to this matter;

WHEREAS, based on the provided documentation and further meet and confer; Plaintiff has determined that WELLPATH, LLC should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREAS no counterclaims, crossclaims, or third-party claims have been filed by any party in this action that would relate in any way to this stipulation for dismissal.

WHEREAS the parties have met, conferred & agree that Defendant WELLPATH LLC waive their right to seek any attorney fees or any costs against the plaintiffs for their appearance[s] or response, or for any legal work necessarily done in this matter.

WHEREAS this stipulation is signed by all the parties who have appeared in this action.

IT IS SO STIPULATED ON September 10TH 2026.

By: /s/ Jesus Eduardo Arias Esq. LL.M.
Law Office of Jesus Eduardo Arias APC
*Attorney for Plaintiffs*

By: /s/ Daniel Trowbridge
EDLIN GALLAGHER HUIE + BLUM
*Attorneys for Defendant GEO*

By: /s/ Kendra N. Stark
GORDON REES SCULLY MANSUKHANI
*Attorneys for Defendant WELLPATH LLC*